IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SADDLEBACK EXPLORATION, LLC,<br>    Interpleader-Plaintiff, § § § § | § |
| V. | §   Civil Action No. 4:23-cv-3091 |
| BARBARA BRUNELLE, ET AL,<br>    Interpleader-Defendants | § § § § § |

**SUBMISSION OF IDENTIFICATION OF EXPERT AND SUMMARY
OF EXPERT TESTIMONY TO BE OFFERED AT TRIAL BY
INTERPLEADER-DEFENDANT HART REVOCABLE TRUST**

TO THE HONORABLE JUDGE OF SAID COURT:

Interpleader-Defendant, Counter-Plaintiff Hart Revocable Trust, by and through its Trustee, Gary D. Pickens (hereinafter "Interpleader-Defendant"), files this Submission of Identification of Expert and Summary of Expert Testimony to be Offered at Trial by Interpleader-Defendant Hart Revocable Trust and respectfully shows the Court as follows:

   1.  Attached as Exhibit A is the Declaration of Ariane Doggett. It contains a summary of her educational and professional credentials. She will testify regarding her title search of the oil and gas properties involved in this Dispute. Also contained in Exhibit A is a report by Ariane Doggett regarding her title search of the properties involved in this litigation. She is expected to testify to the matters set forth in Exhibit A.

Respectfully submitted,

*/s/ Bruce W. Claycombe*
Attorney-at-law
State Bar No. 04335500
Admission to S.D.Tex No. 8693
Attorney in Charge
bclaycombe@gpd.com
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, TX 75001
Telephone: (972) 931-9901
Fax: (972) 931-9208

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the Interpleader-Defendant's Original Answer and Counterclaim was duly served upon all counsel of record via ECF, this May 31, 2024.

*/s/Bruce W. Claycombe*