# Exhibit 2

# JAMES A. PARSONS

P.O. BOX 1 ♦ JEFFERSON, TEXAS 75657
TELEPHONE 254-717-8342 ♦ FACSIMILE 800-234-0709

## EDUCATION
___

Baylor University                                          August 1991
Bachelor of Arts in Communication Studies

## EXPERIENCE
___

Parsons, Parsons & Bohan, Ltd.                  February 2006 to Present
President
Responsible for all aspects of business development, management, marketing, and revenue generation. Primarily responsible for conducting land title research throughout the State of Texas. Responsible for creating and maintaining statewide network of independent information professionals for public records research and related services. Works with lawyers, title companies and underwriters on curative title issues and provides testimony in court cases involving land title issues.

Naman, Howell, Smith & Lee, PLLC               June 1985 to February 2006
Paralegal
Participated in numerous aspects of litigation. Interviewed clients and fact witnesses. Participated in evaluation of cases. Performed legal and non-legal research. Obtained, evaluated, and summarized medical records and employment records. Analyzed depositions and prepared summaries of testimony. Prepared initial drafts of responses to discovery requests. Conducted extensive public records research including land title research, background investigations, and asset research utilizing direct access to records from various federal, state and local agencies, and commercial databases.

Cornelius & Burnett                                July 1982 to August 1984
Paralegal
Assisted in all phases of litigation, including legal research. Conducted extensive land title and public records research. Prepared real estate documents and documents related to probate proceedings.

## COMMUNITY INVOLVEMENT
___

Board Member, Jefferson Economic Development Corporation (2014-2017)
City Council Member, City of Jefferson (2021-2022)
President, Jefferson Economic Development Corporation (July 2023-present)
Volunteer, Friends of Jefferson Animals