United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SADDLEBACK EXPLORATION, LLC, *Interpleader-Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv3091 |
| BARBARA BRUNELLE, ET AL., *Defendants.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 15, 2024, (Dkt. 128) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

Remnant Assets, LLC's Motion for Summary Judgment (Dkt. 105) and the Motion for Summary Judgment by Counter-Plaintiff and Interpleader-Defendant Hart Revocable Trust (Dkt. 112) are hereby **GRANTED IN PART**.

It is further **ORDERED** that the six deeds attached to Remnant's Motion for Summary Judgment (and as corrected in Dkt. 125) convey floating royalty interests.

All other relief requested in the Motions for Summary Judgment are **DENIED**.

**SIGNED** at Houston, Texas this __31st__ day of July, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE