United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SADDLEBACK EXPLORATION, LLC, | § | |
| *Interpleader-Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23cv3091 |
| | § | |
| BARBARA BRUNELLE, ET AL., | § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 2, 2026, (Dkt. 160) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. Interpleader Plaintiff's Amended Complaint in Interpleader (Dkt. 7) is **DISMISSED**.

It is further **ORDERED** that Interpleader Plaintiff may move for fees and costs by April 3, 2026. Any party may respond to the motion for fees according to the usual briefing schedule laid out in the Local Rules.

**SIGNED** at Houston, Texas this ___19th___ day of March, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE