United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SADDLEBACK EXPLORATION, LLC, | § | |
| *Interpleader-Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23cv3091 |
| | § | |
| BARBARA BRUNELLE, ET AL., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 19, 2026, (Dkt. 165) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is therefore **ORDERED** that Interpleader-Plaintiff Saddleback Exploration, LLC's Motion for Attorney's Fees (Dkt. 162) is **GRANTED IN PART** and Interpleader-Plaintiff is **AWARDED** $4,637.50 in fees and $402.00 in costs.

**SIGNED** at Houston, Texas this __8th__ day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE