United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SADDLEBACK EXPLORATION, LLC,<br>Interpleader-Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 4:23cv3091 |
| BARBARA BRUNELLE, ET AL.,<br>Defendants | §<br>§<br>§ | |

### FINAL JUDGMENT

In accordance with this Court's Orders of Adoption and Dismissal entered March 19, 2026 (Dkt. 161) and the Order of Adoption entered this day adopting the Magistrate Judge's recommendations regarding Interpleader-Plaintiff Saddleback Exploration, LLC's Motion for Attorney's Fees, it is hereby **ORDERED** and **ADJUDGED** that Interpleader-Plaintiff's Interpleader Complaint is **DISMISSED AS MOOT.**

It is further **ORDERED** that Interpleader-Plaintiff Saddleback Exploration, LLC is **AWARDED** $5,039.50 in fees and costs to be paid from the interpleader fund deposited with the Court.

The Clerk is **ORDERED** to disburse the funds deposited with the Court and accrued interest to Interpleader-Plaintiff Saddleback Exploration, LLC.

**SIGNED** at Houston, Texas this **8th** day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

