United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SADDLEBACK EXPLORATION, LLC, | § | |
| Interpleader-Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23cv3091 |
| | § | |
| BARBARA BRUNELLE, ET AL., | § | |
| Defendants. | § | |

### AMENDED FINAL JUDGMENT

Before the Court is Interpleader-Plaintiff Saddleback Exploration, LLC's Motion to Amend Payee's Name. Interpleader-Plaintiff Saddleback Exploration, LLC ("Saddleback") represents it assigned, conveyed, and sold its assets to FP Goldsmith LP during the pendency of this litigation. Dkt. 168. Interpleader Plaintiff attached a copy of the assignment to its Motion. Dkt. 168-1. No Party filed a Response to Interpleader-Plaintiff Saddleback's Motion. It is therefore **ORDERED** that Interpleader-Plaintiff Saddleback's Motion (Dkt. 168) is **GRANTED** and the Final Judgment (Dkt. 167) is **AMENDED** according to the following:

In accordance with this Court's Orders of Adoption and Dismissal entered March 19, 2026 (Dkt. 161) and the Order of Adoption entered this day adopting the Magistrate Judge's recommendations regarding Interpleader-Plaintiff Saddleback's Motion for Attorney's Fees, it is hereby **ORDERED** and **ADJUDGED** that Interpleader-Plaintiff Saddleback's Interpleader Complaint is **DISMISSED AS MOOT**.

It is further **ORDERED** that Interpleader-Plaintiff Saddleback is **AWARDED** $5,039.50 in fees and costs to be paid from the interpleader fund deposited with the Court.

The Clerk is **ORDERED** to disburse the funds deposited with the Court and accrued interest to FP Goldsmith LP.

**SIGNED** at Houston, Texas this ___28th___ day of July, 2026.



_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE